GARY M. RESTAINO
United States Attorney
District of Arizona

JACQUELINE SCHESNOL
Assistant United States Attorney
Arizona State Bar No. 016742
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: jacqueline.schesnol@usdoj.gov
Attorney for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 17 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-24-2062-PHX-MTL (ASB) |
|---|---|
| Plaintiff, | |
| vs. | **INDICTMENT** |
| Jose Pablo Cortez, | VIO: 18 U.S.C. § 924(a)(1)(A)<br>(False Statement During the Purchase of a Firearm)<br>Counts 1 – 9 |
| Defendant. | 18 U.S.C. §§ 924(d), 981 and 982;<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>**COUNTS 1 - 9**</u>

On or between March 18, 2024, and October 31, 2024, in the District of Arizona, Defendant JOSE PABLO CORTEZ knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant JOSE PABLO CORTEZ did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating that Defendant JOSE PABLO CORTEZ

resided at an address at the Marine Corps Air Station in Yuma, Arizona, whereas in truth and fact, Defendant JOSE PABLO CORTEZ knew that he resided at a different address:

| Count | Date | Business (FFL) |
|---|---|---|
| 1 | 3/18/2024 | Sprague Sorts, LLC in Yuma, Arizona |
| 2 | 3/18/2024 | Jones & Jones in Somerton, Arizona (Glock pistol) |
| 3 | 3/18/2024 | Jones & Jones in Somerton, Arizona (Pioneer Arms rifle) |
| 4 | 3/28/2024 | Firearms Unknown in Yuma, Arizona |
| 5 | 3/28/2024 | Jones & Jones in Somerton, Arizona |
| 6 | 4/2/2024 | Firearms Unknown in Yuma, Arizona |
| 7 | 4/25/2024 | Sprague Sorts, LLC in Yuma, Arizona |
| 8 | 4/26/2024 | Firearms Unknown in Yuma, Arizona |
| 9 | 10/31/2024 | Firearms Unknown in Yuma, Arizona |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts 1 through 9 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d), 981, and 982, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 9 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's

property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any of the forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d), 981 and 982, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: December 17, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

s/
JACQUELINE SCHESNOL
Assistant U.S. Attorney