# INDEX OF EXHIBITS

United States v. Jose Pablo Cortez
District of Arizona Case No. CR24-02062-PHX-MTL

| Exhibit | Description |
|---|---|
| 1 | Letter from brother Cesar Josue Castillo Chonqui |
| | |

# Exhibit 1

**Fontana, California, September 08, 2025**

**Honorable Judge Michael T. Liburdi:**

Good morning, Your Honor. I am writing this letter to recommend my brother, José Pablo Cortés, whom I have known all my life and whose integrity and virtues I can attest to.

Let me tell you that my brother as soon as he finished high school dreamed of serving in the army, and not only did he achieve it but he also became part of one of the best divisions, thus managing to be accepted as a marine. He dedicated himself for a little more than 12 years but I'm not here to talk about how proud I am of him for his brave work in the military but to tell you about the best virtue that I have ever seen in him before and that most likely he himself has not even realized that he had, and that is the devotion, dedication and love towards his little daughters. Thanks to the fact that these last months have kept him away from his work he has been able to recover a little of the time that they owed each other as a family. Now that he has experienced it, he has managed to reestablish the bond with them as it should have always been, believe me I can see in his eyes that what weighs most on his heart is leaving his little daughters adrift, and those of us who have grown up in dysfunctional families, know that for a child there is nothing that compares to happiness and the confidence that comes from having both parents by your side and being able to grow up with them present.

Needless to say, I fully trust that my brother José Pablo Cortes will strive harder than ever to be an exemplary citizen if he is given the opportunity, because I'm sure he wouldn't put on a sad face or leave a mark on his daughters because of his carelessness. That's why today I implore you to be considerate of someone who undoubtedly deserves an opportunity, as well as all those who depend on him.

I thank you from the bottom of my heart for taking the time and giving your attention to read my letter.

..Sincerely

**César Josué Castillo Chonqui**
Phone: 909-231-9963
Email: 49castle.dinasty@gmail.com